UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEANNE NESTER,<br><br>    Plaintiff(s),<br><br>v.<br><br>RECREATIONAL EQUIPMENT, INC.,<br><br>    Defendant(s). | Case No.: 2:17-cv-03103-MMD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby ORDERED to file, no later than June 11, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: June 4, 2018

                                          NANCY J. KOPPE
                                          United States Magistrate Judge