# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEANNE NESTER,<br>　　Plaintiff(s),<br>v.<br>RECREATIONAL EQUIPMENT INC.,<br>　　Defendant(s). | Case No.: 2:17-cv-03103-MMD-NJK<br><br>**Order**<br><br>[Docket No. 32] |

Defendant filed a second amended notice of taking Plaintiff's deposition. Docket No. 32. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: December 6, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge